UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-128(1) (ADM/TNL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASANOVA CARTER,

Defendant.

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING**

The probation officer has calculated a guideline range of level 17/Category III = 30-37 months.  Because of the aggravated nature of this case, the government seeks a sentence at the upper end of the guideline range.

On March 23, 2016, Carter, a convicted felon, agreed to sell a firearm to a third party, not knowing that the person was working with law enforcement.  The deal took place at 9:30 p.m. in the dark and deserted parking lot of a gas station in St. Croix Beach, Minnesota.  Carter, who goes by the nicknames "King Stomp" and "ABK5," which stands for Anybody Killer, had arranged to bring two of his fellow Hit Squad gang members with him to the deal:  Derrick Days and Anthony Protho.  Each of these accomplices was armed with a loaded gun.  According to Days, all three men had conditionally agreed to rob the purchaser of the $250 dollars he was supposed to pay for the gun, rather than actually selling him the gun.  Days PSR ¶ 19 (acceptance of responsibility statement).

By the time the purchaser arrived, Carter had passed out in the back seat of the car, having taken too much Xanax.  He apparently was still passed out when Protho and Days

robbed the purchaser at gunpoint. The purchaser later told law enforcement he thought he was going to be killed, which is why he bolted from the car. All three defendants then fled in the vehicle. When police tried to pull them over on Interstate 94, both guns were thrown out the window but were later recovered on the side of the road. Carter would like the Court to believe he slept through the whole thing.

The first sentencing issue is whether Carter should receive a four-level enhancement for possession of a firearm in connection with another felony offense pursuant to guideline section 2K2.1(b)(6)(B). The probation officer has recommended that both Days and Protho receive the enhancement (indeed, they stipulated to it in their plea agreements), but that Carter not receive the enhancement even though Days implicated Carter in the agreement to rob the purchaser during his acceptance of responsibility statement. The reasoning apparently is that Protho does not endorse Days' statement that Carter was part of the agreement to rob the purchaser, and Carter himself denies it.

If Days' statement were evidence, the government would have no hesitation seeking the four-level enhancement as to Carter. The problem, of course, is that statements in a presentence report are not evidence. The government does not have a cooperation plea agreement with Days and cannot easily force him to testify at Carter's sentencing hearing.

Without the enhancement, the guideline range is 30-37 months. A sentence at the top end of this range is warranted based on Carter's criminal history and likelihood of recidivism. Carter started committing crimes at age 12 and has not stopped since. His adult conviction is for a felony burglary, which started out as a juvenile conviction but was converted to an adult conviction due to Carter's multiple probation violations.

Significantly, his probation violations were for repeatedly associating with his fellow gang members despite a condition forbidding it.  PSR ¶ 41.  Carter's sentence in that case expired on April 24, 2015.  Id.  He committed the instant offense less than a year later.  Once again, he committed the offense while in the company of fellow gang members.

Carter's criminal record to date demonstrates that he is committed to the gang lifestyle.  The Hit Squad is a gang that has long been engaged in organized criminal activity, including the 2014 armed robbery of the beer garden at the Minnesota State Fair, where $104,000 in cash was stolen.  The four defendants in that case were prosecuted federally under the Hobbs Act.  United States v. Antonio Washington et al., Cr. 14-334 (SRN/TNL). The gang also is engaged in an ongoing bloody gang war with rival gangs, including the Ham Crazy gang.  Several young men have been killed or wounded during the course of that ongoing gang war. Given Carter's demonstrated commitment to the Hit Squad gang, and his illegal possession and sale of guns, a sentence of at least 37 months is necessary in order to protect the public.

Dated: October 26, 2016                    Respectfully Submitted,

                                           ANDREW M. LUGER
                                           United States Attorney


                                           s/ Jeffrey S. Paulsen
                                           BY:  JEFFREY S. PAULSEN
                                           Assistant U.S. Attorney
                                           Attorney ID No. 144332