# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

*Plaintiff,*

v.                                                          Case No. 0:16–cr–00128–ADM–TNL(Dft 1)

Casanova Carter,

*Defendant.*

**ARREST WARRANT**

To:  Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Casanova Carter ,

who is accused of an offense or violation based on the following document filed with the court:   (  ) Order of Court
(  ) Indictment    (  ) Superseding Indictment    (  ) Information    (  ) Superseding Information    (  ) Complaint
(  ) Probation Violation Petition    ( X ) Supervised Release Violation Petition    (  ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

Date:      June 2, 2020

                                                        *Mandy M. Price, Deputy Clerk*

City and state:   Duluth, MN

                                                        *Printed name and title*

---

***Return***

   This warrant was received on *(date)* ———————— , and the person was arrested on *(date)* ————————
at *(city and state)* ———————————————————— .

Date:      ————————————

                                                        *Arresting officer's signature*

                                                        *Printed name and title*

*This second page contains personal identifiers provided for law−enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender:    Casanova Carter

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may stll have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: _____    Weight:

Sex: _____    Race:

Hair: _____    Eyes:

Scar, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: